Case 3:08-cv-00881-LAB-JMA    Document 1    Filed 05/16/2008    Page 1 of 8

ORIGINAL

FILED
2008 MAY 16 PM 3: 55

[illegible district stamp]

BY _____ KMK _____ DEPUTY

Lisbeth Bosshart (Cal. Bar. No. 201822)
Stephen D. Morgan (Cal. Bar. No. 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)
lawfirm@sw-law.com

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, P.C.
685 Briggs Street, P.O. Box 929
Erie, CO 80516
(303) 828-0655; (303) 828-2938 (fax)
administration@mccallumlaw.net

Attorneys for Plaintiff Paul T. Gefreh, trustee
on behalf of Ramon Montilla Paterno and
Georgia Lee Kennedy

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL T. GEFREH, trustee, on behalf of Ramon Montilla Paterno and Georgia Lee Kennedy,<br><br>Plaintiff,<br><br>v.<br><br>KAY BAIN WEINER, an individual,<br><br>Defendant. | CASE NO. '08 CV 0881 LAB JMA<br><br>COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,135,342 AND 6,196,440<br><br>DEMAND FOR JURY TRIAL |

7. Georgia Lee Kennedy is the owner as inventor of all right, title and interest in U.S. Patent No. 6,135,342, entitled "Method and Tool for Imprinting a Pattern in a Solder" (the "'342 Patent" attached as Exhibit A), which issued on October 24, 2000.

8. On information and belief, Weiner is engaged in the business of using a method comprising the stops of copper foil wrapping the edges of glass strips, abutting the seams, tinning a solder seam thereon, heating the seam, and impressing molten solder seams with stamps to form decorative patterns including as described in her book entitled *Solder Sculpting and Beyond*.

9. On information and belief, Weiner offers for sale and sells services, products and publications using such method.

10. Plaintiffs are informed and believe, and on that basis allege, that Weiner has directly infringed the '342 Patent by making, using, selling, offering to sell in this judicial district, and elsewhere throughout the United States, products, services, and publications embodying the patented inventions of the '342 Patent. Weiner will continue to infringe the '342 Patent, in violation of 35 U.S.C. section 271(a), unless enjoined by this Court.

11. Plaintiff is informed and believes, and on that basis alleges, that Weiner has been inducing, and/or contributing to the infringement of the '342 Patent and will continue to induce and/or contribute to the infringement of the '342 Patent, in violation of 35 U.S.C. sections 271(b) and (c), unless enjoined by this Court.

12. As a direct and proximate consequence of Weiner's acts of infringement, Plaintiff has been irreparably injured. Unless such acts and practices are preliminarily and permanently enjoined by this Court, Plaintiffs will continue to suffer additional and irreparable injury.

13. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. §238.

14. As a direct and proximate consequence of Weiner's acts of infringement, Plaintiff has suffered damages, in an amount not yet determined, of at least a reasonable royalty due to infringing acts by Weiner, and lost profits due to loss of sales, profits, and potential sales that Plaintiff would have made but for the infringing acts and practices of Weiner for which Plaintiff is entitled to relief pursuant to 35 U.S.C. §284.

15. Weiner has been given actual notice of her infringement of the '342 Patent.

16. Weiner's infringement of the '342 Patent has been and continues to be willful and deliberate, in disregard of Plaintiff's rights in the '571 Patent.

### SECOND CLAIM FOR RELIEF

17. Plaintiff realleges and incorporates by reference as if fully restated herein each and every allegation set forth in paragraphs 1-16 of this Complaint.

18. Georgia Lee Kennedy is the owner as inventor of all right, title and interest in U.S. Patent No. 6,196,440, entitled "Method and Tool for Imprinting a Pattern in a Solder" (the "'440 Patent" attached as Exhibit B), which issued on March 6, 2001.

19. On information and belief, Weiner is engaged in the business of imprinting a pattern in a solder using stamping tools including as described in her books entitled *Solder Sculpting and Beyond* and *Tooling Around.*

20. On information and belief, Weiner manufactures, offers for sale and sells, and uses stamping tools to perform services, sell publications and sell products.

21. Plaintiff is informed and believes, and on that basis alleges, that Weiner has directly infringed the '440 Patent by making, using, selling, offering to sell in this judicial district, and elsewhere throughout the United States, products,

services, and publications embodying the patented inventions of the '440 Patent. Weiner will continue to infringe the '440 Patent, in violation of 35 U.S.C. section 271(a), unless enjoined by this Court.

22. Plaintiff is informed and believes, and on that basis alleges, that Weiner has been inducing, and/or contributing to the infringement of the '440 Patent and will continue to induce and/or contribute to the infringement of the '440 Patent, in violation of 35 U.S.C. sections 271(b) and (c), unless enjoined by this Court.

23. As a direct and proximate consequence of Weiner's acts of infringement, Plaintiff has been irreparably injured. Unless such acts and practices are preliminarily and permanently enjoined by this Court, Plaintiffs will continue to suffer additional and irreparable injury.

24. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. §238.

25. As a direct and proximate consequence of Weiner's acts of infringement, Plaintiff has suffered damages, in an amount not yet determined, of at least a reasonable royalty due to infringing acts by Weiner, and lost profits due to loss of sales, profits, and potential sales that Plaintiff would have made but for the infringing acts and practices of Weiner for which Plaintiff is entitled to relief pursuant to 35 U.S.C. §284.

26. Weiner has been given actual notice of her infringement of the '342 Patent.

27. Weiner's infringement of the '342 Patent has been and continues to be willful and deliberate, in disregard of Plaintiff's rights in the '571 Patent.

28. Weiner offers for sale and sells services, products and publications using such method.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Weiner as follows:

A. That this Court issue preliminary and permanent injunctions pursuant to 35 U.S.C. §283 restraining, enjoining and prohibiting Weiner and her agents, employees, and attorneys, and any person in active concert or participation with her or who are acting under her direction, who receive actual notice of the injunction through personal service or otherwise, from making, using selling, offering for sale any product or products that infringe the '342 or '440 Patent.

B. That this Court issue preliminary and permanent injunctions pursuant to 35 U.S.C. §283 restraining, enjoining and prohibiting Weiner and her agents, employees, and attorneys, and any person in active concert or participation with her or who are acting under her direction, who receive actual notice of the injunction through personal service or otherwise, from inducing or contributing to the infringement of the '342 or '440 Patent.

C. That this Court grant judgment in favor of Plaintiff and award damages to Plaintiff adequate to compensate for the infringement by Weiner of the '342 and '440 Patents in an amount to be determined at trial, but in no event less than a reasonable royalty.

D. That it be adjudged that Weiner's infringement of the '342 and '440 Patents has been willful and that this Court enhances the award of damages for willful infringement, up to three times the amount of damages found, pursuant to 35 U.S.C. §284.

E. That this Court order against Weiner an assessment of interest on the damages so computed, and an assessment of costs, pursuant to 35 U.S.C. §284.

F. That this Court issue a declaration that this case is exceptional pursuant to 35 U.S.C. §285 and accordingly order an award of attorneys' fees and costs in this action.

G.   That this Court afford Plaintiff such other and further relief as the Court deems equitable and just.

Dated: May 14, 2008                  By: _____
                                     Lisbeth Bosshart, Esq.
                                     Attorneys for Plaintiff

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE 205
LOS ANGELES CA, 90025
(310) 826-6678 FAX (310) 826-8042
LAWFIRM@SW-LAW.COM

**ORIGINAL**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Paul T. Gefreh, trustee, on behalf of Ramon Montilla Paterno and Georgia Lee Kennedy

(b) County of Residence of First Listed Plaintiff  **Colorado**
(EXCEPT IN U.S. PLAINTIFF CASES)

**'08 CV 0881 LAB JMA**

(c) Attorney's (Firm Name, Address, and Telephone Number)
Shaub & Williams LLP, 12121 Wilshire Blvd., Ste 205, L.A., CA 90025, Tel. 310-826-6678

## DEFENDANTS
Kay Bain Weiner, an individual

**FILED**
2008 MAY 16 PM 3:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNK_____ DEPUTY

County of Residence of First Listed Defendant  **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine — **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability — ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability — ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury — ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting — ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations — **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare — ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**35 U.S.C. s. 284, 238**
Brief description of cause:
**Complaint for injunctive relief and damages caused by patent infringement**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions:) JUDGE _____ DOCKET NUMBER _____

DATE  05/15/2008
SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 151024  AMOUNT $350—  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____
TB 05/16/08

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 151024      -- MB

         May 16, 2008
           15:57:06


        Civ Fil Non-Pris
USAO #.: 08CV0881 CIVIL FILING
Judge..: LARRY A BURNS
Amount.:                  $350.00 CK
Check#.: BC3726



     Total->   $350.00



FROM: PAUL T GEFREH, TRUSTEE VS
      KAY BAIN WEINER
```