Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Paul T. Gefreh, trustee, on behalf of
Ramon Montilla Paterno and
Georgia Lee Kennedy

vs

Kay Bain Weiner, an individual

FILED
2008 MAY 16 PM 4:12

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0881 LAB JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul T. Gefreh
Shaub & Williams, LLP,
12121 Wilshire Blvd., Ste 205, L.A., CA
90025, Tel. 310-826-6678

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
(SEAL) CLERK
K. HAMMERLY

MAY 16 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)