Eleanor M. Musick (Bar. No. 145254)
Lisel M. Ferguson (Bar No. 207637)
PROTOCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorneys for Defendant
KAY BAIN WEINER


Lisbeth Bosshart (Bar. No. 201822)
Stephen D. Morgan (Bar. No. 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042  (fax)
lawfirm@sw-law.com

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, P.C.
685 Briggs Street, P.O. Box 929
Erie, CO 80516
(303) 828-0655; (303) 828-2938 (fax)
administration@mccallumlaw.net

Attorneys for Plaintiff Paul T. Gefreh, trustee
on behalf of Ramon Montilla Paterno and
Georgia Lee Kennedy

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL T. GEFREH, trustee, on behalf of Ramon Montilla Paterno and Georgia Lee Kennedy,<br><br>Plaintiff,<br><br>v.<br><br>KAY BAIN WEINER, an individual,<br><br>Defendant. | CASE NO.: 08 CV 0881 LAB (JMA)<br><br>STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT<br><br>Judge: Hon. Larry A. Burns |

IT IS HEREBY STIPULATED by and between Plaintiff, PAUL T. GEFREH, trustee on behalf of Ramon Montilla Paterno and Georgia Lee Kennedy ("GEFREH"), and Defendant KAY BAIN WEINER ("WEINER"), that pursuant to Local Rule 12.1, WEINER's time to file any and all pleadings responsive to the Complaint in the above-captioned matter, shall be enlarged to October 3, 2008. This enlargement is requested based on the fact that WEINER first contacted the undersigned counsel on August 26, 2008, only five days before the answer was initially due and that, per agreement between counsel on August 27, 2008, the parties wished to review the potential damages arising from the alleged infringement to determine whether it is economically reasonable to proceed with the litigation. The additional time is required to search for and review WEINER's records that are in a number of different locations around the country. Based on preliminary information that has already been provided to GEFREH's counsel, it is believed that once the records are made available to GEFREH, the parties will be able to quickly settle the litigation without taking the Court's time.

There have been no previous requests made to, or granted by, this Court for enlargement of time in this matter, and no party would be prejudiced by this brief delay.

THIS STIPULATION MAY BE EXECUTED IN COUNTERPARTS

IT IS SO STIPULATED AND AGREED.

DATED: September 3, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: *Eleanor M. Musick* (signature)

Eleanor M. Musick

Attorneys for Defendant KAY BAIN WEINER

-2-

1
2
3  DATED: September 8, 2008                         SHAUB & WILLIAMS LLP
4
5                                                   By: /s/ Lisbeth Bosshart
6                                                      Lisbeth Bosshart
7                                                   Attorneys for Plaintiff PAUL T. GEFREH,
                                                    trustee on behalf of Ramon Montilla Paterno
8                                                   and Georgia Lee Kennedy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28