# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL T. GEFREH, trustee, on behalf of Ramon Montilla Paterno and Georgia Lee Kennedy,<br><br>                      Plaintiff,<br>  vs.<br><br>KAY BAIN WEINER, an individual,<br>                      Defendant. | CASE NO. 08cv0881-LAB (JMA)<br><br>**ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Dkt No. 3] |

The parties to this patent infringement action jointly move for an extension of time for defendant to respond to the Complaint. For good cause shown, **IT IS HEREBY ORDERED** defendant's deadline to respond to the Complaint is extended to and including *October 3, 2008*.

**IT IS SO ORDERED**.

DATED: September 9, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge